IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JEFFREY R. SMITH,

      Appellant,

 v.

Case No.  5D22-367
LT Case No. 2008-CF-11755-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 24, 2022

3.850 Appeal from the Circuit Court
for Brevard County,
Tesha Ballou, Judge.

Jeffrey R. Smith, Moore Haven, pro se.

No Appearance for Appellee.


PER CURIAM.


     AFFIRMED.


EVANDER, EDWARDS and WOZNIAK, JJ., concur.